IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CITIA WELLS**                                                              PLAINTIFF

v.                              No. 3:18-cv-132-DPM

**PREMIER BANKCARD, LLC**                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 28 June 2019 to enforce the parties' settlement.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2019